# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Amelia Rose Reed, | ) | Case No. 1:16-cr-027 |
| | ) | |
| Defendant. | ) | |

On August 31, 2016, the undersigned issued an order revoking defendant's conditions of release. The court **VACATES** its revocation order. Defendant's release remains subject to the conditions previously imposed by the court.

**IT IS SO ORDERED.**

Dated this 31st day of August, 2016.

>                          */s/ Charles S. Miller, Jr.*
>                          Charles S. Miller, Jr., Magistrate Judge
>                          United States District Court